UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRIAN M. POWELL and TIFFANY POWELL,**

      **Plaintiffs,**

**v.**                                      **Case No: 6:18-cv-624-Orl-41KRS**

**MORGAN PROPERTY SOLUTIONS, INC.,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Dismiss (Doc. 30). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 40), recommending that the Motion be denied.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. 30) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 16, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties